UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANDMARK FINANCIAL
CORPORATION,
    Plaintiff,

v.

CIVIL ACTION NO.
10-10372-NMG

FRESENIUS MEDICAL CARE
HOLDINGS, INC. d/b/a FRESENIUS
MEDICAL CARE NORTH AMERICA,
    Defendant.

REPORT AND RECOMMENDATION RE:
MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF
OF PLAINTIFF (DOCKET ENTRY # 59); DEFENDANT
FRESENIUS MEDICAL CARE HOLDING, INC.'S
MOTION FOR SUMMARY JUDGMENT
(DOCKET ENTRY # 52)

March 16, 2012

BOWLER, U.S.M.J.

    Pending before this court is a motion for summary judgment filed by defendant Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America ("Fresenius"), a Massachusetts company which provides dialysis services to individuals with end stage renal disease. (Docket Entry # 52). Fresenius seeks summary judgment on all counts in the four count complaint filed by plaintiff Landmark Financial Corporation ("Landmark"), a New Jersey corporation that provides financial and consulting services to various companies. Landmark, in turn, moves for partial summary judgment on the breach of contract

*After consideration of defendant's objections thereto (Docket No. 86), Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 3/30/12*